# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| DONALD STEVENSON, ID # 1825829,<br>Petitioner,<br>vs.<br><br>BRYAN COLLIER, Director,<br>Texas Department of Criminal<br>Justice, Correctional Institutions Division,<br>Respondent. | No. 3:15-CV-3888-D |

## ORDER

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge, in accordance with 28 U.S.C. § 636(b)(1), the court is of the opinion that the findings and conclusions of the magistrate judge are correct and they are adopted as the findings and conclusions of the court.

For the reasons stated in the findings, conclusions, and recommendation of the United States Magistrate Judge, the petition for habeas corpus is successive and is hereby transferred to the United States Court of Appeals for the Fifth Circuit pursuant to *Henderson v. Haro*, 282 F.3d 862, 864 (5th Cir. 2002), and *In re Epps*, 127 F.3d 364, 365 (5th Cir. 1997).

The clerk of the court is directed to (1) terminate the post-judgment motion (doc. 48) in this habeas case; (2) open a new habeas case for administrative purposes only; (3) docket the post-judgment motion (doc. 48) as a § 2254 motion filed on July 23, 2018, in that new case; (4) directly assign the new case to the same district judge and magistrate judge as in this case; (5) file a copy of the findings, conclusions, and recommendation of the United States Magistrate Judge and the order adopting those findings, conclusions, and recommendation, and the judgment in that new case; and (6) and without further judicial action, transfer the newly opened § 2254 action to the United States

Court of Appeals for the Fifth Circuit.

**SO ORDERED**.

August 28, 2018.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE